People ex rel. Konan v Imperati (2023 NY Slip Op 03084)

People ex rel. Konan v Imperati

2023 NY Slip Op 03084

Decided on June 9, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ANGELA G. IANNACCI
JOSEPH J. MALTESE
LILLIAN WAN, JJ.

2023-04801

[*1]The People of the State of New York, ex rel. Ryanne Konan, on behalf of Camay Pryce, petitioner,
v
Kirk Imperati, etc., et al., respondents.

William V. Grady, District Attorney, Poughkeepsie, NY (Jennifer L. Fluck and Anna Diehn of counsel), respondent pro se and for respondent Kirk Imperati.
Ryanne Konan, Wappingers Falls, NY, petitioner pro se.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Camay Pryce upon her own recognizance or, in the alternative, to set reasonable bail upon Dutchess County Indictment Nos. 24/2023 and 70231/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the County Court, Dutchess County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., IANNACCI, MALTESE and WAN, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court